GEORGIA KING ASSOCIATES v. RENEE FRAISER.

September 5, 1986.

Petition for certification denied.

EUGENE C. GAMBRELL v. FORD MOTOR COMPANY.

September 5, 1986.

Petition for certification denied.

HELENA FREUDENBERG AND ARTHUR FREUDENBERG v.
TOWNSHIP OF MIDDLETOWN AND PORT MONMOUTH
FIRE DEPARTMENT.

September 5, 1986.

Petition for certification denied.

HYMAN GELBARD, SANFORD LANDA, FRED LANDA,
HAROLD EDELSON AND STANLEY LEVY v.
BERNARD FISHBEIN.

September 5, 1986.

Petition for certification denied.